1  KATHERINE C. HUIBONHOA (SB# 207648)
   katherinehuibonhoa@paulhastings.com
2  PETER A. COOPER (SB# 275300)
   petercooper@paulhastings.com
3  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
4  San Francisco, California  94105
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100

6

7  Attorneys for Defendant
   ROCKEFELLER GROUP DEVELOPMENT CORPORATION
8

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12 | LOVLEEN DHAWAN,                              | CASE NO. 4:13-CV-00336-PJH |
13 |           Plaintiff,                         | **NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANT ROCKEFELLER GROUP DEVELOPMENT CORPORATION; [PROPOSED] ORDER GRANTING SAME** |
14 |     vs.                                      | |
15 | BROADWAY PARTNERS FUND MANAGER, L.L.C., a Delaware Corporation, ROCKEFELLER GROUP DEVELOPMENT CORPORATION, a New York Corporation, and DOES 1 THROUGH 50, INCLUSIVE, | Judge: Hon. Phyllis J. Hamilton
Dept:  3, 3rd Floor, Oakland Courthouse |
18 |          Defendants.                         | |

LEGAL_US_W # 74391570.1

DEFENDANT'S NOTICE OF SUBSTITUTION OF ATTORNEYS; PROPOSED ORDER
U.S.D.C., N.D. Cal. No. 4:13-CV-00336-PJH

1    To the Clerk of Court, plaintiff Loveleen Dhawan, and plaintiff's attorneys of record:

2    PLEASE TAKE NOTICE that defendant Rockefeller Group Development Corporation
3    hereby substitutes Katherine C. Huibonhoa, Peter A. Cooper, and Paul Hastings LLP, located at
4    55 Second Street, 24th Floor, San Francisco, California 94105, as their attorneys of record in
5    place of L. Julius M. Turman, Sacha Steenhoek, and Morgan, Lewis & Bockius LLP.

6    DATED: February 27, 2013                ROCKEFELLER GROUP DEVELOPMENT
                                              CORPORATION

                                              BY: /s/ Gerald Blume
                                              GERALD BLUME, V.P.

11   Morgan, Lewis & Bockius LLP consents to this substitution.

12   DATED: February __, 2013                MORGAN, LEWIS & BOCKIUS LLP

                                              BY:_____
                                              SACHA M. STEENHOEK

16   Paul Hastings LLP accepts this substitution.

17   DATED: February __, 2013                PAUL HASTINGS LLP

                                              BY:_____
                                              KATHERINE C. HUIBONHOA

1     To the Clerk of Court, plaintiff Loveleen Dhawan, and plaintiff's attorneys of record:

2     PLEASE TAKE NOTICE that defendant Rockefeller Group Development Corporation hereby substitutes Katherine C. Huibonhoa, Peter A. Cooper, and Paul Hastings LLP, located at 55 Second Street, 24th Floor, San Francisco, California 94105, as their attorneys of record in place of L. Julius M. Turman, Sacha Steenhoek, and Morgan, Lewis & Bockius LLP.

DATED: February __, 2013    ROCKEFELLER GROUP DEVELOPMENT CORPORATION

BY:_____
    GERALD BLUME

Morgan, Lewis & Bockius LLP consents to this substitution.

DATED: February 27, 2013    MORGAN, LEWIS & BOCKIUS LLP

BY: [signature]
    SACHA M. STEENHOEK

Paul Hastings LLP accepts this substitution.

DATED: February __, 2013    PAUL HASTINGS LLP

BY:_____
    KATHERINE C. HUIBONHOA

1  To the Clerk of Court, plaintiff Loveleen Dhawan, and plaintiff's attorneys of record:

2  PLEASE TAKE NOTICE that defendant Rockefeller Group Development Corporation
3  hereby substitutes Katherine C. Huibonhoa, Peter A. Cooper, and Paul Hastings LLP, located at
4  55 Second Street, 24th Floor, San Francisco, California 94105, as their attorneys of record in
5  place of L. Julius M. Turman, Sacha Steenhoek, and Morgan, Lewis & Bockius LLP.

6  DATED: February __, 2013                ROCKEFELLER GROUP DEVELOPMENT
7                                          CORPORATION

8
9                                          BY:_____
                                              GERALD BLUME
10

11  Morgan, Lewis & Bockius LLP consents to this substitution.

12  DATED: February __, 2013                MORGAN, LEWIS & BOCKIUS LLP

13

14                                          BY:_____
15                                             SACHA M. STEENHOEK

16  Paul Hastings LLP accepts this substitution.

17  DATED: February 28, 2013                PAUL HASTINGS LLP

18

19                                          BY:   /s/  Katherine C. Huibonhoa
20                                             KATHERINE C. HUIBONHOA

---

LEGAL_US_W # 74391570.1

DEFENDANT'S NOTICE OF SUBSTITUTION OF
ATTORNEYS; PROPOSED ORDER
U.S.D.C., N.D. Cal. No. 4:13-CV-00336-PJH

1  **ORDER**

2  Based on the foregoing consent of defendant Rockefeller Group Development
3  Corporation and its counsel of record,
4  IT IS ORDERED that Katherine C. Huibonhoa, Peter A. Cooper, and Paul Hastings LLP
5  be and hereby are substituted as counsel for defendant in place of L. Julius M. Turman, Sacha
6  Steenhoek, and Morgan, Lewis & Bockius LLP.

7  DATED: __March 5_____, 2013

9  _____
  Hon. Phyllis J. Hamilton
10  Judge, United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*